**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Kendra Nicole Tucker, Appellant.

Appellate Case No. 2016-002530

———————

Appeal From Chester County
R. Keith Kelly, Circuit Court Judge

———————

Unpublished Opinion No. 2018-UP-297
Submitted June 1, 2018 – Filed July 5, 2018

———————

**APPEAL DISMISSED**

———————

Appellate Defender Laura Ruth Baer, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of The South Carolina Department of Probation, Parole, & Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.